UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 13 2017 ★
BROOKLYN OFFICE

DERRICK ANDERSON, *on behalf of himself and all others similarly situated,*

Plaintiff,

-against-

CAMERON MITCHELL RESTAURANTS, LLC,

Defendant.

Case No.: 17-CV-1056

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Derrick Anderson and Defendant that the above-captioned action is voluntarily dismissed, with prejudice, as against Defendant pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

For the Defendant:

By: _____
Jamie A. LaPlante
Porter Wright Morris & Arthur LLP
41 S High St Suites 2800-3200,
Columbus, OH 43215
Telephone.: (614) 227-2085
Fax: (614) 227-2100
jlaplante@porterwright.com

Date: July 11, 2017

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: July 11, 2017

O ORDERED

s/Carol Bagley Amon
_____
U.S.D.J.

7/11/17